UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In RE: SHELDON MICHAEL RUSCH     CASE NO.: 17-24290-kmp
        Debtor.     CHAPTER 13

## DECLARATION OF SERVICE

STATE OF WISCONSIN   )
                               ) SS
COUNTY OF MILWAUKEE  )

    I, the undersigned, hereby declare that on 05/07/2020, I caused a true copy of the foregoing **Motion to Restrict Public Access and Redact Document and Proposed Order Restricting Public Access and Directing the Docketing of Redacted Document,** to be served upon the following parties by Notice of Electronic Filing:

    Rebecca R. Garcia, Chapter 13 Trustee
    James L. Miller, Debtor(s) Attorney
    Office of the U.S. Trustee

    I also caused a true copy of the documents described above to be manually served in a properly first-class, postpaid envelope bearing sender's name and return address, and addressed and mailed to:

    <u>Debtor</u>
    Sheldon Michael Rusch
    1510 W. El Rancho Drive
    Mequon, WI 53092

    I, the undersigned, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of May 2020.

                                                             KOHNER, MANN & KAILAS, S.C.
                                                             Attorneys for Creditor

                                                             By: /s/ Charles Fiergola
                                                                   Charles Fiergola
                                                                   Attorney No. 1099121

<u>Post Office Address</u>:
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212
Telephone: (414) 962-5110
Facsimile: (414) 962-8725